# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2011 MAY -5 P 2:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

**JSW**

**CR 11 0299**

DAVID CALDERON,
aka Trucho

DEFENDANT(S).

---

## INDICTMENT

Violation: Title 18, United States Code, § 922(g)-Felon in Possession of Ammunition

---

A true bill.

_____
Foreman

Filed in open court this ___ day of
may 2011.

EDWARD M. C___  Clerk
UNITED STATES MAGISTRATE JUDGE

BETTY P. LEE

Bail, $ _____
No Bail Warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C., Section 922(g) - felon in possession of ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count I: Maximum prison term of 10 yrs, maximum fine of $250,000 and supervised release term of 3 yrs; $100 SA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ DAVID CALDERON

DISTRICT COURT NUMBER
CR 11 0299 JSW

*(FILED E-filing stamp)*

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI Agent Richardson Price

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Asst U.S. Atty Kathryn R. Haun

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No     If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: 0

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

MELINDA HAAG (CABN 162132)
United States Attorney

FILED
2011 MAY -5 P 2: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0299  JSW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | VIOLATION: Title 18, United States Code, Section 922(g) – Felon in Possession of Ammunition |
| v. ) | |
| DAVID CALDERON, ) a/k/a Trucho ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition)

On or about April 19, 2011, in the Northern District of California, the defendant,

DAVID CALDERON,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, in and affecting interstate commerce, to wit: 50 rounds of Remington .38 special ammunition, in violation of Title 18, United States Code,

//

//

INDICTMENT

Section 922(g)(1).

DATED: May 5, 2011                    A TRUE BILL.

                                      _____
                                      FOREPERSON

MELINDA HAAG
United States Attorney

_____
ROBERT D. REES
Deputy Chief, Organized Crime Strike Force

(Approved as to form: _____FoR_____ )
                      KATHRYN R. HAUN
                      Assistant U.S. Attorney

INDICTMENT                              2